**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DAVID HENRY,

    Plaintiff,

v.                                         Case No:   6:24-cv-191-RBD-RMN

DNC PARKS & RESORTS AT KSC, INC.,

    Defendant,

---

<u>**ORDER OF DISMISSAL**</u>

This cause is before the Court upon the parties' Joint Notice of Settlement filed on September 13, 2024 (Doc. 23), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 16, 2024.

ROY B. DALTON, JR.
United States District Judge