**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID HENRY,

    Plaintiff,

v.                                          Case No. 6:24-cv-191-RBD-RMN

DNC PARKS & RESORTS AT KSC, INC.,

    Defendant.
_____

**ORDER OF DISMISSAL**

The parties have filed a Joint Stipulation of Dismissal (Doc. 26). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE**. The file is to remain closed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 15, 2024.



ROY B. DALTON, JR.
United States District Judge